

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 JUL 15 PM 1: 43

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATION OF
### THE FEDERAL GUN CONTROL ACT

# FELONY
# 22-152

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| **VERSUS** | * | **SECTION:** SECT.G MAG.3 |
| **DANIEL IGNACIO MEJIA-CASTILLO** | * | **VIOLATIONS:** 18 U.S.C. § 922(g)(5)(A) 18 U.S.C. § 924(a)(2) |
| | * | |

\*     \*     \*

The Grand Jury charges that:

### COUNT 1

On or about February 8, 2022, in the Eastern District of Louisiana, the defendant, **DANIEL IGNACIO MEJIA-CASTILLO**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Keltec, Model PF-9, 9 millimeter semi-automatic pistol, bearing Serial # RZ067, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

X \_\_\_Fee_ USA
\_\_\_Process_____
X Dktd_____
\_\_\_CtRmDep_____
\_\_\_Doc.No._____

**NOTICE OF FORFEITURE**

1.       The allegations of Count 1 are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.       As a result of the offense alleged in Count 1, the defendant, **DANIEL IGNACIO MEJIA-CASTILLO**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to the following:

> Keltec, Model PF-9, 9 millimeter semi-automatic pistol, bearing serial number RZ067.

3.       If any of the above-described property, as a result of any act or omission of the defendant:

> a.       cannot be located upon the exercise of due diligence;
>
> b.       has been transferred or sold to, or deposited with, a third person;
>
> c.       has been placed beyond jurisdiction of the Court;
>
> d.       has been substantially diminished in value; or

e.       has been commingled with other property which cannot be divided without difficulty; the

United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section

853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:



DUANE A. EVANS
UNITED STATES ATTORNEY

SPIRO G. LATSIS
Assistant United States Attorney
Louisiana Bar Roll No. 24517

Rachel Cassagne
RACHEL CASSAGNE
Assistant United States Attorney
Louisiana Bar Roll No. 37082

New Orleans, Louisiana
July 15, 2022

FORM OBD-34

No._____

**UNITED STATES DISTRICT COURT**

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

**THE UNITED STATES OF AMERICA**

vs.

**DANIEL IGNACIO MEJIA-CASTILLO**

**INDICTMENT**

VIOLATION OF THE
**FEDERAL GUN CONTROL ACT**

VIOLATION: Title 18, U.S.C., Section 922(g)(5)(A)
Title 18, U.S.C., Section 924(a)(2)

A true b___

_____

Filed in open court this _____ day of
2022. _____ A.D.

_____
Clerk

Bail, $ _____

_____
SPIRO G. LATSIS
Assistant United States Attorney