PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 22-152

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Daneil Ignacio Mejia-Castillo

SECT.G MAG.3

Address: Custody of USMS

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Megan S.
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Spiro G. Latsis

☑ Interpreter Required   Dialect: Spanish

Birth Date: 1989

☑ Male ☐ Female   ☑ Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Special Agent Chad Cockerham, FBI

Social Security Number: xxx-xx- N/A

☐ person is awaiting trial in another Federal or State Court (give name of court)

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☑ Currently in Federal Custody / USMS
☐ Currently in State Custody
　☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

Defense Counsel (if any): Jerrod Hicks

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

Place of offense: County

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18, U.S.C., Section 922(g)(5)(A) & 924(a)(2) | Violation of the Federal Gun Control Act | 1 |